**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7353**

─────────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

EDGARDO BARRON-ESPINOSA,

               Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (5:13-cr-00259-F-2)

─────────────

Submitted: January 14, 2016      Decided: January 20, 2016

─────────────

Before AGEE, WYNN, and FLOYD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Edgardo Barron-Espinosa, Appellant Pro Se.  Jennifer P. May-Parker, Brian Scott Meyers, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgardo Barron-Espinosa appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Barron-Espinosa, No. 5:13-cr-00259-F-2 (E.D.N.C. Sept. 3, 2015).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent that Barron-Espinosa seeks to appeal from his conviction and sentence imposed on September 4, 2014, because we have previously affirmed this criminal judgment, United States v. Barron-Espinosa, 608 F. App'x 140 (4th Cir. 2015) (No. 14-4730), we dismiss the appeal as duplicative and untimely.